ATLANTIC COAST LINE RAILROAD COMPANY *v.* WILDMAN.

GILBERT, J. The case comes to this court on petition for certiorari to the Court of Appeals. On consideration of the assignments of error contained in the petition for certiorari, the judgment of that court is affirmed.

*Judgment affirmed. All the Justices concur, except Beck, P. J., dissenting.*

No. 3682. DECEMBER 12, 1923.

Certiorari; from Court of Appeals. 29 *Ga. App.* 745.

*Bennet, Twitty & Reese* and *Wilson & Bennett,* for plaintiff in error. *Jerome Crawley,* contra.